## HARMON LEVISON v. JAMES T. NORRIS.

The fact that a note had been taken out of the possession of the attorneys of the plaintiff by a receiver of the Confederate States, and paid by the maker to such receiver, and surrendered to the maker, constituted no defense.

APPEAL from Washington.  The case was tried before Hon. JAMES E. SHEPARD, one of the district judges.

The facts agreed upon are as follows :

The defendant executed and delivered to the plaintiff, for value, the note described in the petition.  During the late civil war the note was confiscated by the so-called Confederate States government, and taken from the possession of the plaintiff's attorneys, against their consent, on the ground that the usees in this suit were alien enemies. The note fell into the hands of J. D. Giddings, as confederate states receiver, and it was paid to him in that capacity in confederate treasury notes, a species of currency issued during the war by the so-called confederate government, and intended to circulate as money.  The note was taken up and canceled.

Upon these facts the court found that the plaintiff could not recover.  The plaintiff appealed.

No briefs have been furnished to the *Reporter*.

MORRILL, C. J.—The opinion of the court in the case of

Luter v. Hunter, [*ante*, 688,] is adopted for this cause, and for the reasons therein set forth, because it seems to the court that the district court erred in the judgment. It is ordered that it be reversed and the cause remanded, with directions as set forth in said opinion.

REVERSED AND REMANDED.